IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEREMY JOHN WELLS, | ) |
| Plaintiff-Appellant, | ) |
| vs. | ) Case No.: CV 421-256 |
| | ) Appeal No.: 22-12196 |
| COMMISSIONER TIMOTHY WARD, | ) |
| Defendants-Appellees. | ) |

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit for want of prosecution,

**IT IS HEREBY ORDERED** that the mandate order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 18th day of August 2022.

HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA